UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLENE JACKSON,

    Plaintiff,                                           Case No. 3:20-cv-283

vs.

MAXI-MATIC, USA, *et al*.,                   District Judge Michael J. Newman

    Defendants.

---

**ORDER: (1) CANCELLING *DAUBERT* HEARING ORIGINALLY SCHEDULED FOR OCTOBER 11, 2022; AND (2) CONDITIONALLY DISMISSING THIS CASE**

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that: (1) the *Daubert* hearing originally scheduled for October 11, 2022 is **CANCELLED**; and (2) this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 30 days, reopen the action if settlement is not consummated. The Court shall retain jurisdiction for the following 30 days until the deadline to reopen this action has passed.

    **IT IS SO ORDERED.**

Date:  October 11, 2022                               s/Michael J. Newman
                                                                  Hon. Michael J. Newman
                                                                  United States District Judge